# EXHIBIT "B"

12/16/23, 1:34 PM  Kris Roglieri | LinkedIn

Case 23-11302-1-rel    Doc 4-2    Filed 12/19/23    Entered 12/19/23 14:18:57    Desc
Exhibit Ex. B - Kris Roglieri _ LinkedIn    Page 2 of 9





| | | | | | | |
|---|---|---|---|---|---|---|
| Home | My Network | Jobs | Messaging | Notifications | Me ▾ | For Business ▾ |

Try Premium for $0



### Kris Roglieri · 2nd

CEO- Prime Commercial Lending- CEO - Commercial Capital Training Group, CEO- Finance Marketing Group, Founder- National Alliance of Commercial Loan Brokers

Prime Commercial Lending

Albany, New York, United States · **Contact info**

500+ connections

Connect    Message    More

### Activity
**2,842 followers**

Posts    Videos

**Kris Roglieri** posted this • 10mo

We just funded Home Rentals Inc for $5,000,000 that consisted of a refinance and acquisition of a portfolio of properties consisting of multifamly, student housing and commercial space in Illinoi  …show more

 64                                                                                      8 comments • 1 repost

Kris Roglieri posted this • 10mo

   I'm proud to say Prime Commercial Lending through our direct fund
                       Prime Capital Ventures just funded $20,000,000 to Indigo Pharmaceutical
                       for the contruction, build out and equipment for their state of the art...

 89                                                                                      10 comments • 3 reposts

Show all posts →

## Experience

**CEO**
Prime Commercial Lending
Jan 1993 - Present · 31 yrs

Prime Commercial Lending with its innovative lending platform, provides
capital directly and indirectly for commercial real estate finance a  ...see more

**Founder and CEO**

The Finance Marketing Group
Feb 2009 - Present · 14 yrs 11 mos
Albany, NY

The Finance Marketing Group is a one of a kind digital marketing agency
that leverages talent, direct experience, marketing know-how, an  ...see more

**Founder and CEO**

Commercial Capital Training Group
Jan 2009 - Present · 15 yrs
Albany, NY

We are the nation's number premier commercial finance training company
teaching and educating current or aspiring entrepreneurs about  ...see more

**Co-Founder**

Durham Commercial Capital
Jan 2006 - Present · 18 yrs
Albany, NY

Durham Commercial Capital is a non-recourse direct lender for factoring accounts receivables. We don't borrow from Banks or hedge fun( ...see more

## Skills

**Investments**

23 endorsements

**Commercial Finance**

11 endorsements

Show all 33 skills →

## Recommendations

**Received**    Given



**Jarret Ortmann** · 3rd
Alternative Finance
October 22, 2018, Jarret was Kris' client

I attended the National Alliance of Commercial Loan Brokers (NACLB) conference last week in Miami and it was an incredible experience! I met a lot of influential leaders in the industry. I would recommend to anyone in commercial lending! Thank you Kris and the team for a valuable experience.

12/16/23, 1:34 PM    Kris Roglieri | LinkedIn

Case 23-11302-1-rel    Doc 4-2    Filed 12/19/23    Entered 12/19/23 14:18:57    Desc
Exhibit Ex. B - Kris Roglieri _ LinkedIn    Page 5 of 9



**Keith Kirkland** · 2nd

Supporting growing businesses with tailored working capital solutions | Growth Lending

October 14, 2011, Keith worked with Kris but they were at different companies

Kris is a great friend to have in the commercial finance world. He and his team of professionals have the expertise to source all types of financing and match transactions with the right lender. One of our largest and most active new clients this year came from Kris and his team. And our involvement with Kris and his Commercial Capital Training Program has resulted in numerous leads for our company.

**Show all 3 received →**

## Interests

**Companies**    Groups



**Kabbage from American Express**
40,416 followers

 Follow



**Commercial Capital Training Group**
1,476 followers

 Follow

**Show all companies →**

Promoted



**Special Offer**
Gain Trusted Insights on Today's
Biggest Stories. Only $1/Week.

**Get the right domain.**
Register your domain with GoDaddy to
take the first step to sell online.

**Grow Your Legal Firm**
Need More Legal Clients Immediately?
View Legal Cases In Your Area Today!

## People also viewed

**Lukas Bull** · 2nd
Loan Officer | Commercial Real Estate | Providing Capital to Businesses &
Investors Nationwide

 Connect

**Kimberly H.** · 3rd
NACLB Broker of the Year; Specializing in Large Project Finance | Commercial
Real Estate- Multifamily- Hospitality- Mixed Use Development | Oil and Ga…

View profile

**Chris Lehnes**  · 2nd
Factoring Specialist | Working Capital Specialist | Funding from $10k to $10
Million

 Follow

**Tom Gazaway**  · 3rd
Helping startups & early stage entrepreneurs to access $25,000 to $200,000
(& more) in Low Cost Financing using our Proprietary BOSS & Lender…

View profile



**Bill Canny** · 3rd

President - MASTERS COMMERCIAL CAPITAL GROUP

＋ Follow

Show all

### People you may know



**Lauren Cook**
Practice Assistant

＋ Connect



**Ty Shaffer**
Shareholder, Robinson Bradshaw

＋ Connect



**Cary Davis**
Partner at Robinson Bradshaw

＋ Connect



**Alison Razet**
Immigration Attorney

＋ Connect

**Kenny Lautenschlager**
Partner at Johnston, Allison & Hord, P.A.

＋ Connect

Show all

## You might like
Pages for you

**Reuters Legal**
Media Production
30,518 followers

4 connections follow this page

＋ Follow

**Supreme Court of Texas**
Administration of Justice
9,487 followers

＋ Follow

Show all



12/16/23, 1:34 PM	Kris Roglieri | LinkedIn

Case 23-11302-1-rel    Doc 4-2    Filed 12/19/23    Entered 12/19/23 14:18:57    Desc
Exhibit Ex. B - Kris Roglieri _ LinkedIn    Page 9 of 9