# EXHIBIT 1

# Prime / Compass-Charlotte Commitment Letter

**PRIME CAPITAL VENTURES**

## Commitment to Fund Letter

March 27, 2023

("Project"):  Taft Multifamily development; Charlotte, NC

Dear Sirs,

Prime Capital Ventures ("Provider") is pleased to inform Compass-Charlotte 1031, LLC ("Client") that we will commit to fund $75,725,000 ("Seventy-Five Million Seven Hundred Twenty-Five Thousand Dollars") via a non-recourse, asset-backed Line of Credit ("LOC") to be used at the Client's discretion within the scope of the Agreement.  Funds are to be used for the acquisition and/or refinancing and development of the Project and are based on the following terms and conditions:

**Debt:**
| | | |
|---|---|---|
| *Est. Principal Amount:* | $79,511,250 | |
| Project LOC Amount: | $75,725,000 | |
| Interest Credit Account (ICA): | $15,902,250 | *(pre-paid interest)* |
| Term: | 60 months | |
| Rate: | 7.5% | I/O |
| Pre-Payment Penalty: | None | |

**Sponsor Contribution:**
| | | |
|---|---|---|
| Contribution Amount: | $15,902,250 | *cash* |

**Equity:**
| | | |
|---|---|---|
| Equity Contribution Amount: | $0 | |
| Preferred Rate: | NA | |
| Equity Split: | 20%/80% | (LP/GP) |
| Promote Fee: | NA | |
| Additional Terms: | RFR while LOC is in place | |

**Deposit:**
| | |
|---|---|
| Underwriting/Due Diligence: | $50,000 |

**Other Fees:**                                        Paid out of loan proceeds.
| | |
|---|---|
| Lender Fee: | 5% |

**Schedule:**
| | |
|---|---|
| Delivery: | TBD; 60 to 90 banking days after ICA payment & contract completion per draw schedule |

Prime Capital Ventures
66 South Pearl St. 10th Floor
Albany, NY, 12207
www.primecommerciallending.com



Terms & Conditions:

1. Upon issuance of this Commitment to Fund Letter, the Due Diligence deposit is deemed earned by Prime Capital Ventures
2. Upon signing of this Commitment to Fund Letter, Prime Capital Ventures will begin to prepare and issue loan documents in accordance with this agreement.
3. Terms and funding are contingent upon fully executed loan documents and ICA payment.

Regards,

By:                                                                    By:

*Kris Roglieri*

Kris Roglieri                                                          Name:
CEO                                                                    Title:
Prime Capital Ventures, LLC                                            Company:
                                                                       Date: