UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>Debtor. | **CERTIFICATE OF SERVICE**<br><br>Case No. 23-11302 |

I hereby certify that **on December 19, 2023**, I <u>served the following</u>:

- **Petition for Involuntary Bankruptcy (Doc. 1)**
- **Certification/Mailing Matrix (Doc. 2)**
- **Summons (Doc. 3)**
- **Emergency Motion to Appoint Interim Trustee (Doc. 4) with Exhibits A-U (Docs. 4-1 – 4-21)**
- **Declaration of Michael Collins (Doc. 5) with Exhibits A-C (Docs. 5-1 – 5-3)**
- **Declaration of Thomas Taft (Doc. 6) with Exhibits 1-3 (Docs. 6-1 – 6-3)**
- **Application to Shorten Time (Doc. 7); and**
- **Order Shortening Time (Doc. 8).**

via FedEx overnight mail (see attached delivery confirmations) on:

> Prime Capital Ventures, LLC
> Attn: President
> 66 S. Pearl St.
> Albany, NY 12207
>
> Kris Roglieri
> c/o Prime Capital Ventures, LLC
> 66 S. Pearl St.
> Albany, NY 12207

                                                        *s/Stephanie L. Paulsen*
                                                     STEPHANIE L. PAULSEN

December 20, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 774546398931

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | G.GEORGE | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | ALBANY, NY, |
| | | Delivery date: | Dec 20, 2023 10:12 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774546398931 | Ship Date: | Dec 19, 2023 |
| | | Weight: | 2.0 LB/0.91 KG |

Recipient:                                                   Shipper:
ALBANY, NY, US,                                              Albany, NY, US,

Reference                     12615.000

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

December 20, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 774546437645

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | G.GEORGE | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | ALBANY, NY, |
| | | **Delivery date:** | Dec 20, 2023 10:12 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774546437645 | **Ship Date:** | Dec 19, 2023 |
| | | **Weight:** | 2.0 LB/0.91 KG |

| Recipient: | Shipper: |
|---|---|
| ALBANY, NY, US, | Albany, NY, US, |

| Reference | 12615.000 |
|---|---|

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.