UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re: | CERTIFICATE OF SERVICE |
|---|---|
| PRIME CAPITAL VENTURES, LLC, | Case No. 23-11302 |
| Debtor. | |

I hereby certify that **on December 19, 2023**, I <u>served the following</u>:

- **Petition for Involuntary Bankruptcy (Doc. 1)**
- **Certification/Mailing Matrix (Doc. 2)**
- **Summons (Doc. 3)**
- **Emergency Motion to Appoint Interim Trustee (Doc. 4) with Exhibits A-U (Docs. 4-1 – 4-21)**
- **Declaration of Michael Collins (Doc. 5) with Exhibits A-C (Docs. 5-1 – 5-3)**
- **Declaration of Thomas Taft (Doc. 6) with Exhibits 1-3 (Docs. 6-1 – 6-3)**
- **Application to Shorten Time (Doc. 7); and**
- **Order Shortening Time (Doc. 8).**

via Email on:

Lisa M. Penpraze, Esq., Office of the United States Trustee (Lisa.Penpraze@usdoj.gov)
Amy J. Ginsberg, Esq., Office of the United States Trustee (A.J.Ginsberg@usdoj.gov)
Edward Trombley, Esq. (ntrombly@barclaydamon.com)
Kris Roglieri (kris@primecommerciallending.com)

_____*s/Stephanie L. Paulsen*_____
STEPHANIE L. PAULSEN