UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>Debtor. | **CERTIFICATE OF SERVICE**<br><br>Case No. 23-11302 |

  I hereby certify that **on December 20, 2023**, I served the **Summons to Debtor in Involuntary Case issued by the United States Bankruptcy Court for the Northern District of New York (Doc. 3) and the Involuntary Petition (Docs. 1 & 2)** via First-Class Mail on:

    Prime Capital Ventures, LLC
    Attn: President
    66 S. Pearl St.
    Albany, NY 12207

    Prime Capital Ventures, LLC
    c/o The Corporation Trust Company (DE Registered Agent)
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801


            _____*s/Stephanie L. Paulsen*_____
            STEPHANIE L. PAULSEN

NH2023-2106082335-782442