So Ordered.

Signed this 21 day of December, 2023.



                                        Robert E. Littlefield, Jr.
                                        United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| PRIME CAPITAL VENTURES, LLC,<br><br>                                            Debtor. | Chapter 7<br>Case No. 23-11302 |

**ORDER APPOINTING INTERIM CHAPTER 7 TRUSTEE**

      **UPON** the motion (the "Motion") (Doc. 4) of Compass-Charlotte 1031, LLC, 526 Murfreesboro, LLC and Newlight Technologies Inc. (collectively, the "Petitioning Creditors"), by their counsel, Nolan Heller Kaufman LLP, for the appointment of an interim chapter 7 trustee of the alleged debtor herein, Prime Capital Ventures, LLC (the "Debtor") pursuant to §303(g) of 11 U.S.C. 101 *et. seq* (the "Bankruptcy Code") and Rule 2001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and upon the Court's Order Shortening Time dated December 19, 2023 (Doc. 8), scheduling a hearing on the Motion on December 21, 2023, and upon appearances having been made on behalf of the Petitioning Creditors and the United States Trustee; it is hereby

      **ORDERED**, that the Motion is granted, and the United States Trustee is directed to immediately appoint an Interim Trustee for Prime Capital Ventures, LLC pursuant to Bankruptcy Code §§ 303 and 701 and Bankruptcy Rule 2001; and it is further

      **ORDERED,** that the appointment of an Interim Trustee is necessary to preserve property

of the estate and to prevent loss to the estate; and it is further

**ORDERED,** that the Interim Trustee shall have all the powers set forth in Bankruptcy Code sections 303 and 704; and it is further

**ORDERED,** that the Interim Trustee is empowered to secure all of Prime Capital Ventures, LLC's assets and to take such acts as are necessary to collect and preserve those assets, including demanding the turnover of all of Prime Capital Ventures, LLC's assets, including without limitation Prime Capital Ventures, LLC's bank accounts, books, and records (including all electronic records of Prime Capital Ventures, LLC). The turnover of assets shall specifically include computers, hard drives, servers, laptops, mobile devices, and all internal or external electronic communications sent on behalf of Prime Capital Ventures, LLC by its members, officers, directors, employees or agents, even if sent via a @primecommerciallending.com email address or otherwise; and it is further

**ORDERED,** that the Interim Trustee is authorized, empowered and directed to do such things, execute such documents and expend such funds as are necessary to implement the terms and purposes of this Order; and it is further

**ORDERED**, that any person in possession of the Debtor's property and records (including, without limitation, Prime Commercial Lending, LLC, Kris Roglieri, and Kimberly "Kimmy" Humphrey) shall immediately turnover such property and records to the Interim Trustee, as directed by the Interim Trustee.

###