UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF NEW YORK
ALBANY DIVISION

---

In Re:

    **PRIME CAPITAL VENTURES, LLC,**　　　　　Case No.: 23-11302 (rel)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

    Debtor(s).

---

## APPOINTMENT OF TRUSTEE
## AND DESIGNATION OF REQUIRED BOND

    Christian H. Dribusch, Esq. of Albany, NY is hereby appointed Interim Chapter 7 Trustee for the estate of the above-named debtor(s). In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this re-appointment.

    This case is covered by the blanket bond for Chapter 7 case Trustees, a copy of which is on file with the Court.

Dated:  Albany, New York
         December 22, 2023　　　　　　　WILLIAM K. HARRINGTON
　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE
　　　　　　　　　　　　　　　　　　　　FOR REGION 2

　　　　　　　　　　　　　　　　　　　　/s/ Lisa M. Penpraze
　　　　　　　　　　　　　　　　　　　　Lisa M. Penpraze
　　　　　　　　　　　　　　　　　　　　Assistant U. S. Trustee
　　　　　　　　　　　　　　　　　　　　Bar Roll No.: 105165 (NDNY)
　　　　　　　　　　　　　　　　　　　　Leo O'Brien Federal Building
　　　　　　　　　　　　　　　　　　　　11A Clinton Ave., Room 620
　　　　　　　　　　　　　　　　　　　　Albany, New York 12207
　　　　　　　　　　　　　　　　　　　　(518) 434-4553
　　　　　　　　　　　　　　　　　　　　(518) 434-4459 (fax)
　　　　　　　　　　　　　　　　　　　　lisa.penpraze@usdoj.gov