**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>                      Debtor. | Chapter 7<br><br>Case No. 23-11302 (REL) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE**, that the law firm White and Williams LLP, pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), enters its appearance in the above-referenced chapter 11 case as counsel to Piper Capital Funding LLC ("Piper"), and requests that the names of the attorney listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in this case, all pleadings and other papers served or required to be served, in this case, be given to and served on the following:

           Jon T. Powers, Esq.
           7 Times Square, Suite 2900
           New York, New York 10036
           Telephone: (212) 244-9500
           Facsimile: (212) 244-6200
           Email: powerst@whiteandwilliams.com

      **PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules and sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the referenced case and

proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization as applicable.

**PLEASE TAKE FURTHER NOTICE THAT**, this notice and request shall not be deemed a consent to jurisdiction of any type by Piper, nor should it be deemed to waive: (i) Piper's rights to have final orders in non-core matters in this case entered only after de novo review by a United States District Court; (ii) Piper's rights to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) Piper's rights to have a United States District Court withdraw the reference in any matter in this case subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which Piper is or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 27, 2023
New York, New York

WHITE AND WILLIAMS LLP

By: */s/ Jon T. Powers*
Jon T. Powers, Esq.
7 Times Square, Suite 2900
New York, New York 10036
Telephone: (212) 244-9500
Facsimile: (212) 244-6200
Email: powerst@whiteandwilliams.com

*Counsel to Piper Capital Funding LLC*

31984251v.1