So Ordered.

Signed this 28 day of December, 2023.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

PRIME CAPITAL VENTURES, LLC    Case No. 23-11302

*Alleged Debtor*.

**AMENDED ORDER SETTING TELEPHONIC HEARING PURSUANT TO**
**11 U.S.C. § 105**

On December 19, 2023, an Involuntary Petition was filed against Prime Capital Ventures, LLC ("Alleged Debtor"). (ECF No. 1). On December 21, 2023, the Court held an emergency hearing on the appointment of an interim trustee and, based upon the record created at the hearing, granted the request. Christian H. Dribusch, Esq. was subsequently appointed interim trustee ("Interim Trustee"). (ECF No. 13).

On December 28, 2023, the Court held a subsequent hearing where the Interim Trustee indicated he was not receiving cooperation or information from the Alleged Debtor. (ECF No. 20–21). The principal of the Alleged Debtor did not appear. The Court adjourned the hearing to December 28, 2023, at 2:00 p.m. At the adjourned hearing, the founder and chief executive officer, Kris Roglieri, telephonically appeared and was questioned by the Interim Trustee.

-1-

After hearing from all the parties and after due deliberation it is hereby,

ORDERED, that the Alleged Debtor is directed to appear before the Court at **10:00 a.m. on January 2, 2024**, and show cause why the Court should not shorten time to answer the Involuntary Petition and immediately adjudicate this involuntary proceeding pursuant to Bankruptcy Rules 9006(c) and 1011(b). The parties are directed to appear either telephonically via AT&T conference call: **877-402-9753**, access code: **4954900**, or in person at the **U.S. Bankruptcy Court, James T. Foley Courthouse, Room 306, Albany, New York.**

ORDERED, that pursuant to Bankruptcy Rule 7065, the Alleged Debtor and its principals, agents and subsidiaries are hereby restrained from transferring or in anyway dispensing funds from any accounts in the Alleged Debtor's possession to prevent the further dissolution of the Alleged Debtor's purported estate. This restriction shall remain in place until after the hearing to be held on January 2, 2024. Before such time, transfers or dispositions of funds may be permitted with the express authorization and consent of the Interim Trustee.

###