**UNITED STATES BANKRUPTYC COURT**
**NORTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                   :
                                                         :        Case No. 23-11302
PRIME CAPITAL VENTURES, LLC,        :
                                                         :        Invol. Chapter 7
                    Alleged Debtor.               :
---------------------------------------------------------------x

### NOTICE OF CONSENT TO SUBSTITUTION OF
### COUNSEL FOR PRIME CAPITAL VENTURES, LLC

Pursuant to Rule 2091-1(a)(2) of the Local Bankruptcy Rules for the Northern District of

New York, notice is hereby given that Alleged Debtor Prime Capital Ventures, LLC substitutes

Pieter Van Tol of Hogan Lovells US LLP as counsel of record in place of Michael Traison and

Michelle McMahon of Cullen & Dykman LLP.


I consent to the above substitution.

Date:   December 30, 2023                          */s/   Kris Roglieri*
                                                                  Kris Roglieri
                                                                  Prime Capital Ventures, LLC


I consent to being substituted.

Date:   December 30, 2023                          */s/   Michelle McMahon*
                                                                  Michelle McMahon (on behalf of
                                                                  Cullen & Dykman LLP)


I consent to the above substitution.

Date:   December 30, 2023                          */s/   Pieter Van Tol*
                                                                  Pieter Van Tol (on behalf of Hogan
                                                                  Lovells US LLP)

1