So Ordered.

Signed this 3 day of January, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

PRIME CAPITAL VENTURES, LLC,

                                        Case No. 23-11302

*Alleged Debtor.*

-------------------------------------------------------------X

## ORDER PURSUANT TO 11 U.S.C. §105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 2004 DIRECTING THIRD PARTY DISCLOSURE TO INTERIM TRUSTEE

WHEREAS, an involuntary bankruptcy petition was filed against Prime Capital Ventures, LLC ("Prime") on December 19, 2023.

WHEREAS, on December 21, 2023, the Bankruptcy Court authorized the appointment of an interim Chapter 7 Trustee..

WHEREAS, the United States Trustee appointed Christian H. Dribusch interim trustee on December 22, 2023.

WHEREAS, the United States Bankruptcy Court held hearings on December 26 and December 28, 2023 and issued an amended Order setting a hearing for January 2, 2024 which Order included injunctive relief.

WHEREAS, a hearing was held on January 2, 2023 pursuant to which a number of parties appeared including, without limitation, Prime and consented to an Order directing Berone Capital, LLC, Berone Capital Fund, L.P. Berone Capital Partners LLC, or any affiliated entity (collectively, "Berone") to, among other things, provide to the Trustee the current value of Prime Capital Ventures, LLC's interest(s) in the Berone and corroboration of where those funds are located.

NOW, THEREFORE, on the consent of the parties appearing at the January 2, 2024 hearing, it is hereby:

**ORDERED** that that Berone Capital Fund, L.P., Berone Capital, LLC, Berone Capital Partners LLC or any affiliated entity disclose to the interim trustee by 9:30 a.m. eastern time on Thursday, January 4, 2023 the current value of Prime Capital Ventures, LLC interest in the Berone Capital Fund, L.P. fund or any other fund/investment held through Berone Capital, LLC, Berone Capital Partners LLC, or any affiliate and provide independent corroboration (e.g., third party bank or financial institution account statements) of the existence and location of such funds.

**ORDERED** that service by the interim Trustee of this Order to Berone by email to Jeremiah Beguesse at jeremiah@beronecapital.com and Fabian Stone at stone@beronecapital.com stone@beronecapital.com shall be deemed sufficient service of process.

####