So Ordered.

Signed this 4 day of January, 2024.



Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Case No. **23-11302**

**Prime Capital Ventures, LLC**

Alleged Debtor.

## ORDER TO SHOW CAUSE

On December 19, 2023, an Involuntary Petition was filed against Prime Capital Ventures, LLC ("Alleged Debtor"). (ECF No. 1). On December 21, 2023, the Court held an emergency hearing on the appointment of an interim trustee and based upon the record created at the hearing granted the request and Christian H. Dribusch, Esq., was appointed interim trustee. (Interim Trustee) (ECF No. 13).

On December 28, 2023, the Court held a hearing where the Interim Trustee indicated he was not receiving cooperation or information from the Alleged Debtor. (ECF No. 20, 21).

On January 2, 2024 the Court held a subsequent hearing which resulted in the Court directing Berone Capital Fund, LP, to disclose to the Interim Trustee any and all information regarding the value of the Alleged Debtor's interest in Berone Capital Fund LP and any and all of it affiliated entities by 9:30 a.m., on January 4, 2024.

On January 4, 2024 the Court held a hearing and was advised by the Interim Trustee that Berone Capital Fund, LP, has not provided the required information,

NOW, after due deliberation and consideration it is hereby:

ORDERED, the Court will hold a hearing at James T. Foley Courthouse, 445 Broadway, Albany, New York at **10:00 a.m. on January 9, 2024**, for Berone Capital Fund LP to show cause why the Court should not find it in contempt and issue a $1,000.00 a day sanction, as well as any other sanction the Court finds appropriate, until such information is provided. Appearances may be made in-person at the courthouse **OR** by telephone via call-in number: 877-402-9753; and access code: 4954900#; and it is further

ORDERED, Berone Capital Fund, LP, may purge itself of potential contempt by providing the Interim Trustee the requested information by 5:00 p.m., on January 8, 2024; and it is further

ORDERED, that service by the Court via email to Jeremiah Beguesse at jeremiah@beronecapital.com and Fabian Stone at Stone@beronecapital.com as well as overnight mail to Fabian Stone, Principal, Berone Capital LP 530 Delphinium Way, Acworth, GA 30102

####