**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,

               Alleged Debtor.

Invol. Chapter 7

Case No. 23-11302 (REL)

## CORPORATE DISLCOSURE FOR PRIME CAPITAL VENTURES, LLC

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure,

Alleged Debtor Prime Capital Ventures, Inc. ("Prime Capital") states that there is no corporation

that directly or indirectly owns 10% or more of any class of the Prime Capital's equity interests.

Dated:  January 5, 2024
       New York, New York

**HOGAN LOVELLS US LLP**

*/s/ Pieter Van Tol*

Pieter Van Tol (Bar Roll # 508405)
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com

*Counsel to Alleged Debtor Prime Capital Ventures,*
*LLC*

1