# United States Bankruptcy Court
## Northern District of New York

In re   **Prime Capital Ventures LLC**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter   7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Compass-Charlotte 1031, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Compass-Charlotte 1031, LLC**
**631 Dickinson Ave.**
**Greenville, NC 27834**

**Compass Landing Apartment Homes, LLC**

**Exempt Trust f/b/o Thomas F. Taft Sr. under Article IV(D) of the Helen Fleming Taft Revocable Living Trust, dated 11/14/2000**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 18, 2023** | s/ Justin A. Heller |
| Date | **Justin A. Heller** |
| | Signature of Attorney or Litigant Counsel for |
| | 526 Murfreesboro, LLC |
| | **Nolan Heller Kauffman LLP** |
| | **80 State Street, 11th Floor** |
| | **Albany, NY 12207** |
| | **518-449-3300 Fax:518-432-3123** |
| | **jheller@nhkllp.com** |