# United States Bankruptcy Court
## Northern District of New York

In re  **Prime Capital Ventures LLC**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter  7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Newlight Technologies, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Newlight Technologies, Inc.**
**14382 Astronautics Dr.**
**Huntington Beach, CA 92647**

☒ None [*Check if applicable*]

**December 18, 2023**　　　　　　　　　　　　s/ Justin A. Heller
Date　　　　　　　　　　　　　　　　　　　　**Justin A. Heller**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant Counsel for
　　　　　　　　　　　　　　　　　　　　　　Newlight Technologies, Inc.
　　　　　　　　　　　　　　　　　　　　　　Nolan Heller Kauffman LLP
　　　　　　　　　　　　　　　　　　　　　　**80 State Street, 11th Floor**
　　　　　　　　　　　　　　　　　　　　　　**Albany, NY 12207**
　　　　　　　　　　　　　　　　　　　　　　**518-449-3300 Fax:518-432-3123**
　　　　　　　　　　　　　　　　　　　　　　**jheller@nhkllp.com**