# United States Bankruptcy Court
## Northern District of New York

In re **Prime Capital Ventures LLC**　　　　　　　　Case No.　　　　　　
　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter　7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **526 Murfreesboro, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**526 Murfreesboro, LLC**
**526 Murfreesboro Pike**
**Nashville, TN 37217**

☑ None [*Check if applicable*]

| | |
|---|---|
| **December 18, 2023** | s/ Justin A. Heller |
| Date | **Justin A. Heller** |
| | Signature of Attorney or Litigant Counsel for |
| | 526 Murfreesboro, LLC |
| | **Nolan Heller Kauffman LLP** |
| | **80 State Street, 11th Floor** |
| | **Albany, NY 12207** |
| | **518-449-3300 Fax:518-432-3123** |
| | **jheller@nhkllp.com** |