**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>                                  Debtor. | Chapter 7<br><br>Case No. 23-11302 (REL) |

### ORDER GRANTING LIMITED ADMISSION TO PRACTICE *PRO HAC VICE*

Upon consideration of the Motion for Limited Admission, *Pro Hac Vice*, of David T.B. Audley as Counsel to represent ER Tennessee LLC, and upon Movant's certification that the Movant is a member of good standing of the Bar of the State of Illinois,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

Dated: _____, 2024

_____
U.S. BANKRUPTCY JUDGE