| File Name | LOC Amount | ICA Payment | ICA Status | Net Balance | Account | |
|---|---|---|---|---|---|---|
| Compass | $79,511,250 | $15,902,250 | Litigation | $15,920,250 | RBC | |
| [    ] | $12,000,000 | $2,500,000 | Litigation | $2,500,000 | RBC | |
| [    ] | $18,112,500 | $4,312,500 | Litigation | $4,312,500 | RBC | |
| [    ] | $21,500,000 | $4,300,000 | Arbitration | $4,300,000 | RBC | |
| [    ] | $100,000,000 | $20,000,000 | Settlement | $3,000,000 | RBC | |
| [    ] | $7,000,000 | $1,400,000 | Funded | $0 | Key | |
| [    ] | $20,000,000 | $4,000,000 | Funded | $0 | Key | |
| [    ] | $45,000,000 | $15,000,000 | Pending SM | $15,000,000 | RBC | |
| [    ] | $12,000,000 | $2,400,000 | Funded | $733,334 | RBC | |
| [    ] | $2,000,000 | $440,000 | Funded | $0 | Key | |
| [    ] | $7,500,000 | $1,575,000 | Funded | $1,118,000 | RBC | |
| [    ] | $10,000,000 | $2,100,000 | Funded | $0 | Key | |
| [    ] | $26,250,000 | $5,250,000 | Pending SM | $5,250,000 | RBC | |
| [    ] | $5,000,000 | $1,000,00 | Funded | $0 | Key | |
| [    ] | $21,000,000 | $4,200,000 | Pending SM | ($594,000) | RBC | |
| [    ] | $150,000,000 | $30,000,000 | Pending SM | Net Net | RBC L | |
| [    ] | $15,000,000 | $3,000,000 | Compelete | $3,000,000 | RBC | |
| [    ] | $50,000,000 | $2,500,000 | Pending | $0 | Key | |
| [    ] | $10,000,000 | $2,000,000 | Compelete | $2,000,000 | Key | |
| [    ] | $15, 750,000 | $3,150,000 | Pending SM | $3,150,000 | Rbc | |
| | | | **Total:** | **$59,690,084** | | |
| | | | RBC: | $52,364,000 | Statement | Trustee1 |
| | | | RBC Corporate: | $7,268,069 | Statement | Trustee1 |
| | | | Citi: | $2,000,000 | Closed | |
| | | | Farmers: | $29,513.00 | Statement | |
| | | | Key: | $2,000,000.00 | Pending BO | |
| | | | IBKR | $336,000 | Statement | Trustee1 |
| | | | **Total:** | **$63,997,582** | | |