

**BERONE CAPITAL**

BERONE CAPITAL FUND LP
for benefit of :

Prime Capital Ventures, LLC
66 South Pearl Street
10th Floor
Albany NY 12207
UNITED STATES
Attn: Kris Roglieri

**Partnership Account**

**Your Financial Advisor**
Jeremiah Beguesse
3595 Canton RD
Suite 312-223
Marietta GA 30066
Telephone:   (678) 619-1984
E-mail:   jeremiah@beronecapital.com

# ACCOUNT STATEMENT
### December 1, 2023 - December 26, 2023

Account number:

*Page 1 of 1*

## ACCOUNT VALUE SUMMARY

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Beginning account value | $ 52,414,000.00 | |
| Deposits | 0.00 | |
| Withdrawals | 0.00 | |
| Taxable income | 0.00 | |
| Change in asset value | 50,000.00 | |
| Ending account value | $ 52,364,000.00 | |

**Estimated annualized income**

## YOUR MESSAGE BOARD

*RBC Clearing & Custody is a division of RBC Capital Markets, LLC (RBC CM), Member NYSE/FINRA/SIPC. RBC CM provides brokerage, back-office, and related services to investment advisors. RBC CM is the custodian of your brokerage account, and this statement is provided solely for that account.*

*If you have any questions, please reach out to your financial advisor.*