UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| PRIME CAPITAL VENTURES, LLC, | Chapter 7<br>Case No. 23-11302 |
| Debtor. | |

### ORDER GRANTING MOTION OF PETITIONING CREDITORS TO DISMISS CASE PURSUANT TO 11 U.S.C §§ 105 and 303(j)

**UPON** the motion (the "Motion") of Compass-Charlotte 1031, LLC, 526 Murfreesboro, LLC and Newlight Technologies Inc., by their counsel for dismissal of the above-captioned involuntary bankruptcy case pursuant to §§ 105 and 303(j) of 11 U.S.C. § 101 *et. seq* (the "Bankruptcy Code"), and upon the appearances of counsel at a hearing before the Court on January 9, 2024 and upon the record thereof, and after due deliberation by the Court, it is hereby

**ORDERED**, that the Motion is granted pursuant to Bankruptcy Code §§ 105 and 303(j) and the above-captioned bankruptcy case is hereby dismissed; and it is further

**ORDERED,** that the automatic stay is hereby terminated pursuant to Bankruptcy Code § 362(c)(2); and its if further

**ORDERED**, that this dismissal is not an adjudication on the merits and is without prejudice to the rights of any parties, and all claims, rights and defenses of all parties which have been or which could have been asserted are expressly reserved.

###