UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

PRIME CAPITAL VENTURES, LLC,

                                        Debtor.

Chapter 7
Case No. 23-11302

## ORDER SHORTENING TIME PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(c) FOR NOTICE OF HEARING FOR THE MOTION OF PETITIONING CREDITORS TO DISMISS BANKRUPTCY CASE

Upon the application of Compass-Charlotte 1031, LLC, 526 Murfreesboro, LLC and Newlight Technologies, Inc. (collectively, "Petitioning Creditors") for an Order pursuant to F.R.B.P. 9006(c) shortening the time for notice of a hearing (the "Application") on the *Motion of the Petitioning Creditors to Dismiss Bankruptcy Case* (the "Motion"); it is hereby

**ORDERED**, that the Application to shorten time for the hearing on the Motion is granted; and it is further

**ORDERED**, that a hearing on the Motion shall be held on **January 9, 2024 at 10:00 a.m.** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York; and it is further

1

**ORDERED**, that appearances may be made in-person at the courthouse **OR** by telephone via call-in number: 877-402-9753; and access code: 4954900#; and it is further

**ORDERED**, that the Debtor shall serve a copy of this Order on the Debtor, the United States Trustee, and all other parties that have appeared, via CM/ECF; and it is further

**ORDERED**, that any opposition to the Motion may be interposed at the hearing; and it is further

**ORDERED**, that notice pursuant to this Order shall be deemed good and sufficient notice of the hearing on the Motion.

###