So Ordered.

Signed this 8 day of January, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

PRIME CAPITAL VENTURES, LLC,

                              Debtor.

Chapter 7
Case No. 23-11302

**ORDER SHORTENING TIME PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(c) FOR NOTICE OF HEARING FOR THE MOTION OF PETITIONING CREDITORS TO DISMISS BANKRUPTCY CASE**

Upon the application of Compass-Charlotte 1031, LLC, 526 Murfreesboro, LLC and Newlight Technologies, Inc. (collectively, "Petitioning Creditors") for an Order pursuant to F.R.B.P. 9006(c) shortening the time for notice of a hearing (the "Application") on the *Motion of the Petitioning Creditors to Dismiss Bankruptcy Case* (the "Motion"); it is hereby

**ORDERED**, that the Application to shorten time for the hearing on the Motion is granted; and it is further

**ORDERED**, that a hearing on the Motion shall be held on **January 9, 2024, at 10:00 a.m.** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York; and it is further

1

**ORDERED**, that appearances may be made in-person at the courthouse **OR** by telephone via call-in number: 877-402-9753; and access code: 4954900#; and it is further

**ORDERED**, that the Debtor shall serve a copy of this Order on the Debtor, Debtor's Counsel, the United States Trustee, and counsel for non-petitioning creditors that have appeared in the matter, via CM/ECF and either electronic mailing or facsimile by **January 8, 2024, at 3 p.m. EST**; and it is further

**ORDERED**, that any opposition to the Motion may be interposed at the hearing; and it is further

**ORDERED**, that notice pursuant to this Order shall be deemed good and sufficient notice of the hearing on the Motion.

###