**EXHIBIT "C"**

1/8/24, 3:44 PM	Ship a package at The UPS Store Marietta, GA at 3595 Canton Rd Ste 312

Case 23-11302-1-rel    Doc 84-3    Filed 01/08/24    Entered 01/08/24 17:25:58    Desc
Exhibit Ex. C - The UPS Store Marietta, GA at 3595 Canton Rd Ste 312    Page 2 of 7



Can you print banners, posters and signs?

The UPS Store   UPS Shipping

# UPS Shipping
The UPS Store Canton Rd

The UPS Store® center located at 3595 Canton Rd Ste 312 offers a full range of UPS® shipping services for destinations within the United States. Scroll down to get more detail about the different delivery commitment times and services we offer. Not sure how to pack your shipment? Don't worry, our The UPS Store Certified Packing Experts® can take care of that for you so you can stop in and ship out with confidence.

- UPS Next Day Air® Early
- UPS Next Day Air®
- UPS Next Day Air Saver®
- UPS 2nd Day Air A.M.®
- UPS 2nd Day Air®
- UPS 3 Day Select®
- UPS Ground

**Ready to get started?**

Estimate shipping costs to your destination with our handy Estimate Shipping Cost tool.

Get Started

Ship a package with ease at a The UPS Store location near you.

## Open Now   Closes at 6:30 PM

 **3595 Canton Rd
Ste 312
Marietta, GA 30066**

New Chastain Corners Shopping Center Next To Kroger

 **(770) 516-0344**

### Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

Cookie Preferences & Do Not Share


Accept All Cookies

1/8/24, 3:44 PM Ship a Package at The UPS Store Marietta, GA at 3595 Canton Rd Ste 312

Case 23-11302-1-rel    Doc 84-3    Filed 01/08/24    Entered 01/08/24 17:25:58    Desc
Exhibit Ex. C - The UPS Store Marietta    GA at 3595 Canton Rd Ste 312    Page 3 of 7

## Hours of Operation

**Store Hours**

Open Now - Closes at 6:30 PM

**UPS Air Pickup Times**

Last Pickup Today at 4:30 PM

**UPS Ground Pickup Times**

Last Pickup Today at 4:30 PM



## Your UPS® Shipping Center in Marietta, GA

### Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

1/8/24, 3:44 PM                Shipping a Package at The UPS Store Marietta, GA at 3595 Canton Rd Ste 312
Case 23-11302-1-rel    Doc 84-3    Filed 01/08/24    Entered 01/08/24 17:25:58    Desc
Exhibit Ex. C - The UPS Store Marietta, GA at 3595 Canton Rd Ste 312    Page 4 of 7

Store Certified Packing Experts® are professionally trained with the know-how to correctly pack and ship your items securely.

# Shipping Options



## International Shipping

Shipping packages abroad can be a time-consuming process – involving paperwork, tariffs and regulations. Let your local The UPS Store® location handle the details; we're your neighborhood international shipping experts.

**INTERNATIONAL SHIPPING >**



## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

1/8/24, 3:44 PM Ship a Package at The UPS Store Marietta, GA at 3595 Canton Rd Ste 312

Case 23-11302-1-rel    Doc 84-3    Filed 01/08/24    Entered 01/08/24 17:25:58    Desc Exhibit Ex. C - The UPS Store Marietta    GA at 3595 Canton Rd Ste 312    Page 5 of 7

Let The UPS Store Certified Packing Experts® pack your UPS shipment for you. When *we pack and ship your items* using materials purchased from this The UPS Store location, we'll cover the cost of packing and shipping plus the value of your items, if lost or damaged. Restrictions apply. Get full details about the **Pack & Ship Guarantee**.



## UPS Next Day Air®

UPS Next Day Air® Early
Delivery commitment: Next business day
- Delivery as early as 8 a.m.
- Ideal when your shipment must be there for the start of the business day

UPS Next Day Air®
Delivery commitment: Next business day
- Delivery typically by 10:30 am
- Ideal for shipments that must arrive early in the business day

UPS Next Day Air Saver®
Delivery commitment: Next business day
- Delivery by end of day
- Guaranteed next-day delivery

## UPS 2nd Day Air®

UPS 2nd Day Air A.M.®
Delivery commitment: 2 business days
- Delivery as early as 8 am
- Guaranteed, second business day delivery

UPS 2nd Day Air®
Delivery commitment: 2 business days
- Delivery typically by end of day
- Ideal for shipments that do not need overnight service

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

Delivery commitment: 1-5 business days
- Delivery based on distance to destination
- With guaranteed delivery, know in advance when your shipment will arrive

## Frequently Asked Questions

### Easy Packing Options

Can you pack my item(s) for shipment?

Can I purchase packing supplies?

Do I have to pack my item at your The UPS Store® location, or can I bring it in already packed?

Can I insure my shipment?

### Track Your Package

How do I track my package?

Can I get email notification of my shipment's progress or status?

Can I send my shipment to you to hold for pickup?

Can I drop-off a package?

### Additional Ways We Ship

Can you ship large or odd-shaped items?

Can you ship electronics?

Can you ship artwork?

Can you ship golf clubs and other sports equipment?

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

order.

**Provide Email**

Enter Email

**Are you a small business owner?**

◯ Yes     ◯ No

I agree to the Terms & Conditions ▼

By signing up, you agree to receive emails from The UPS Store with news, special offers, promotions and messages tailored to your interests. You can unsubscribe at any time. See our privacy policy for more information. Retail locations are independently owned and operated by franchisees. Various offers may be available at certain participating locations only. Please contact your local The UPS Store retail location for more details.

**Join**

# Didn't find what you were looking for or want to see our other offerings?

(770) 516-0344

CONTACT US ›

VIEW STORE PAGE ›

Copyright © 1994-2024. The UPS Store, Inc. is a UPS® company. All rights reserved. The UPS Store® (TUPSS™) locations are independently owned and operated by franchisees of The UPS Store, Inc. in the USA and by its master licensee and its franchisees in Canada. All employees working at the local The UPS Store center, including the notary, are employees of the franchisee, and not The UPS Store, Inc. Products, services, pricing and hours of operation may vary by location.

All Locations  >  GA  >  Marietta  >  3595 Canton Rd  >  UPS Shipping

The UPS Store  |  Privacy Notice  |  Website Terms of Use  |  ◯ High Contrast

Cookie Preferences & Do Not Share

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**