# EXHIBIT "E"



ALL VIRTUAL OFFICE SERVICES INCLUDED FOR ONLY $99/MONTH

# VIRTUAL OFFICE MIAMI

848 Brickell Avenue, Penthouse 5 Miami, FL 33131
See On Map

Virtual Office Demo | View Location Video

Click Here to Sign Up



## ALL VIRTUAL OFFICE SERVICES INCLUDED
## FOR $99/MONTH

All Inclusive. No Small Print.

| Live Receptionist Answering Calls | Corporate Mailing Address | Company Phone Number |
| Company Fax Number | Premium Call Transferring | Voicemail to Email Conversion |
| Fax to Email Conversion | Business Credit Reporting | Discounted Meeting Room Time |
| | Digital Mail Notification | |

## Why Choose Opus VO for your virtual office?

Register for an Opus Virtual Office today and tap into the benefits that are catching the attention of business leaders everywhere. Elevate your business potential and gain unmatched flexibility. Experience the ability to operate your business from any location while maintaining a professional image with our prestigious address, all without the lavish rents and high operational costs. Improve your brand image and business cash flow. Tap into local and global markets with your virtual office.

Click Here to Sign Up

## Miami Virtual Office

Experience the benefits of a premium business address in Miami without the operational challenges or financial commitments associated with a traditional office setup. Opus VO enables you to situate your business in a prime Miami location at just a fraction of the cost of a standard office lease. Host business conferences, welcome clients, and organize corporate events in our modern, fully-equipped conference rooms. Enhance your company's prestige with an impressive address in one of Miami's key business locales.



Opting for a virtual office in Miami through Opus VO gives you the exclusive advantage of a live receptionist committed to offering personalized, top-tier client service. Every point of client contact is carefully designed to resonate with your unique business objectives, supported by our wide range of administrative services. These amenities include digital mail sorting, state-of-the-art call-forwarding options, and beyond. Our efficient administrative staff will manage your day-to-day tasks, freeing you to concentrate on your company's strategic growth and success.

Choose This Location    Click Here to Sign Up

## Why Choose a Miami Virtual Office?

Miami is more than just a sun-soaked tourist destination; it's a thriving economic hub known for diverse industries like finance, international trade, and technology. By establishing your business in this dynamic landscape, you position yourself to capitalize on local conditions that have the potential to significantly boost your revenue. Conveniently situated near crucial business centers and specialized industry events, our Miami location provides you easy access to vital business opportunities and invaluable networking channels.



By selecting an Opus Virtual Office in Miami, you're doing more than just minimizing overhead; you're also securing a valuable competitive advantage for your enterprise. Elevate your business to new levels of success by taking advantage of our premier virtual office services today.

**Opus VO Miami location @ 848 Brickell Avenue, Penthouse 5 Miami, FL 33131**



Choose This Location    Click Here to Sign Up

## OPUS VO HAS YOU COVERED

Our Miami virtual office location offers penthouse views of the entire city. A short distance from Miami International Airport, it is the ideal virtual office for quick business meetings during layovers, as well as a great location for those off-site business retreats when a meeting room is needed for presentations and contract reviews.

As an Opus VO premium client, you receive the following services: inbound/outbound call transfer, live receptionist call answer, digital mail sort, corporate mailing address, voicemail conversion to other digital services, and conference rooms for when you need those face-to-face meetings on demand.



Choose This Location    Click Here to Sign Up

# VIRTUAL OFFICE REVIEWS



★★★★★

*I have been a client at this office for 5 years. The location In the heart of buckhead is very convenient for me. And every time i stop by the receptionist Britney is there to greet me with a smile and friendly welcome. She's very helpful with anything i need. Rooms are clean and she always has snacks available*

*I would definitely recommend this office for your business!!!*

**Stephanie Buggs**



★★★★

*I have had a very positive experience at Opus's 515 Los Olas Blvd., Ft. Lauderdale Office. My mail is secure, incoming calls are handled professionally, the receptionist is very congenial, and the conference rooms are kept clean. I plan ahead as best as possible, and therefore have no conference room scheduling issues.*

**Ronald Anania**



★★★★★

*I evaluated a lot of virtual office services prior to selecting Opus Virtual Offices. Their monthly fee is very reasonable versus what you get in terms of services and a good address for your company or organization. Our company has been using them for over 2 years and we have no intentions of changing. BTW, virtual doesn't mean no people to help you, the staff at our location has always been great and ready to help us whenever we needed assistance. Great service and easy to business with. Highly recommended.*

**Matthew Gethins**

## ALL VIRTUAL OFFICE SERVICES INCLUDED FOR $99/MONTH

Choose This Location    Click Here to Sign Up

**OpusVirtualOffices**

   

 

## Popular Premium Locations

| | |
|---|---|
| Austin | Atlanta |
| Beverly Hills | Boca Raton |
| Brooklyn | Chicago |
| Dallas | Delaware |
| Fort Lauderdale | Los Angeles |
| Houston | Miami |
| Nashville | New York |
| Orlando | Tampa |

See Premium Locations

## Resources

Terms Of Use

Privacy Policy

Affiliate Program

Support

Blog

In The News

Partners

Is It For Me?

Answering service

## Follow Us

CONTACT US