KeyBank  
P.O. Box 93885  
Cleveland, OH 44101-5885

**Business Banking Statement**  
December 31, 2023  
page 1 of 3

2233

T   423 00000 R EM T1

PRIME CAPITAL VENTURES  
66 S PEARL ST FL 10  
ALBANY NY 12207-1533

*Questions or comments?*  
Call our Key Business Resource Center  
1-888-KEY4BIZ (1-888-539-4249)

Enroll in Online Banking today at Key.com.  
Access your available accounts, transfer funds and view your transactions right from your PC.

**Key Business Reward Checking** 2233  
PRIME CAPITAL VENTURES

| | |
|---|---:|
| Beginning balance 11-30-23 | $149,705.32 |
| 3 Additions | +5,357,000.00 |
| 27 Subtractions | -5,504,528.66 |
| Net fees and charges | -253.00 |
| **Ending balance 12-31-23** | **$1,923.66** |

## Additions

| Deposits Date | Serial # | Source | | |
|---|---|---|---|---:|
| 12-4 | 397140 | Wire Deposit | Mirror Lake Cons 0340 | $7,000.00 |
| 12-15 | 544907 | Wire Deposit | Conextions Inc  3671 | 350,000.00 |
| 12-22 | 629232 | Wire Deposit | 1800 Park Ave Ch 8794 | 5,000,000.00 |
| | | **Total additions** | | **$5,357,000.00** |

## Subtractions

| Withdrawals Date | Serial # | Location | | |
|---|---|---|---|---:|
| 12-1 | 363026 | Wire Withdrawal  Mirror Lake Cons 0340 | | $7,000.00 |
| 12-1 | 377067 | Internal Wire Wd        6706 | | 14,803.66 |
| 12-1 | | Direct Withdrawal, Erase Technologi8666892261 | | 3,000.00 |
| 12-1 | | Internet Trf To DDA 0000007900124541 | 3290 | 60,000.00 |
| 12-4 | | Internet Trf To DDA 0000323651000768 | 3290 | 300.00 |
| 12-4 | | Internet Trf To DDA 0000324231002134 | 3290 | 1,000.00 |
| 12-5 | 411425 | Wire Withdrawal  Mirror Lake Cons 0340 | | 7,000.00 |
| 12-5 | | Internet Trf To DDA 0000007600012848 | 3290 | 1,500.00 |
| 12-7 | | Internet Trf To DDA 0000007600012848 | 3290 | 21,000.00 |
| 12-11 | | Direct Withdrawal, Erase Technologi8666892261 | | 2,000.00 |
| 12-14 | | Internet Trf To DDA 0000007900124541 | 3290 | 38,800.00 |
| 12-15 | 545498 | Wire Withdrawal  Chris Snyder   4232 | | 15,000.00 |
| 12-15 | 545645 | Wire Withdrawal  American Venture 9645 | | 30,000.00 |

2233 -  
4224

**Business Banking Statement**
December 31, 2023
page 2 of 3

2233

## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | | |
|---|---|---|---|---|---:|
| | 12-15 | | Internet Trf To DDA 0000007600012848 | 3290 | 3,000.00 |
| | 12-15 | | Internet Trf To DDA 0000007900144465 | 3290 | 10,000.00 |
| | 12-15 | | Internet Trf To DDA 0000007900124541 | 3290 | 15,000.00 |
| | 12-15 | | Internet Trf To DDA 0000007900124541 | 3290 | 20,000.00 |
| | 12-15 | | Internet Trf To DDA 0000007900124541 | 3290 | 42,000.00 |
| | 12-18 | | Internet Trf To DDA 0000001044005837 | 3290 | 3,500.00 |
| | 12-18 | | Internet Trf To DDA 0000007900124541 | 3290 | 15,000.00 |
| | 12-18 | | Direct Withdrawal, Royal Bank of Caloan Pmnt | | 34,000.00 |
| | 12-19 | | Internet Trf To DDA 0000007900124541 | 3290 | 24,000.00 |
| | 12-20 | | Direct Withdrawal, Erase Technologi8666892261 | | 125.00 |
| | 12-20 | | Internet Trf To DDA 0000007600012848 | 3290 | 2,500.00 |
| | 12-20 | | Internet Trf To DDA 0000007900124541 | 3290 | 4,000.00 |
| | 12-20 | | Internet Trf To DDA 0000007900144465 | 3290 | 130,000.00 |
| | 12-22 | | Internet Trf To DDA 0000007900144465 | 3290 | 5,000,000.00 |
| | | | **Total subtractions** | | **$5,504,528.66** |

## Fees and charges

| Date | | | Quantity | Unit Charge | |
|---|---|---|---:|---:|---:|
| 12-11-23 | Kn Inwire | | 1 | 32.00 | -$32.00 |
| 12-11-23 | Kn Dmwire | | 1 | 221.00 | -221.00 |
| | | **Fees and charges   assessed this period** | | | **-$253.00** |

## Account messages

*Important updates have been made to your Small Business Checking Account Fees and Disclosures.*
*Great news regarding your Small Business Checking Account. The following fees have been eliminated:*
*The Charge for Special Statement fee has changed from $6.00 to $0.00.*
*The Out-of-Cycle Statements fee has changed from $7.50 to $0.00.*
*The Charge for Counterchecks fee of $1.00 has been eliminated.*
*Also, the Foreign Draft service is no longer available. If you have any questions, please call 1-888-KEY-4BIZ® (1-888-539-4249). For clients using a TDD/TTY device, please call 1-800-539-8336.*

2233 -
4224

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

2233 -
4224

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➔ | $ |
|---|---|