*ntcdsm*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Prime Capital Ventures, LLC<br><br>66 S. Pearl Street<br>10th Floor<br>Albany, NY 12207 | )<br>)<br>)<br>)Case Number: 23–11302–1–rel<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
 Phoebe A Wilkinson
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone number:  212–918–3010

NAME/ADDRESS OF TRUSTEE
Christian H. Dribusch–Trustee
Christian H. Dribusch, Ch. 7 Trustee
187 Wolf Road, Suite 300–20
Albany, NY 12205
Telephone number:  518–227–0026

# NOTICE OF DISMISSAL

Notice is hereby given pursuant to FRBP 2002(f)(2) of the entry of an Order on 01/09/23 , dismissing the above captioned chapter 7 petition without prejudice.

Date: 1/9/24

*FOR THE COURT*

Cynthia A. Platt
Clerk of the Bankruptcy Court