So Ordered.

Signed this 12 day of January, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

PRIME CAPITAL VENTURES, LLC,

*Alleged Debtor*.

**ORDER FOR MONETARY JUDGMENT**

Case No. 23-11302

On January 9, 2024, the Court issued an order finding Berone Capital Fund, LP ("Berone") in civil contempt of the Court's Order to Show Cause dated January 4, 2024, and issued a sanction of $1,000.00. (ECF No. 97).

It appears from the record that Berone is not in the military service, is not an infant and is not an incompetent person. Furthermore, Berone has failed to plead or otherwise defend the action. Therefore, Judgment is entered against Berone as follows:

**ORDERED**, that a Judgment is hereby entered against Berone Capital Fund, LP in the amount of $1,000.00.

# # #