# Lemery Greisler LLC

Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com
(518) 433-8800 ext. 313

January 22, 2024

**VIA ECF**

Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Court Judge
U.S. Bankruptcy Court
Northern District of New York
445 Broadway
Albany, New York 12207

      Re:    **Prime Capital Ventures, LLC**
                 **Case No. 23-11302/Chapter 7**

                 **Compass-Charlotte 1031, LLC, v. Prime Capital Ventures, LLC, Berone Capital Fund, LP, Berone Capital Partner, LLC, Berone Capital LLC, Berone Capital Equity Fund I, LP, 405 Motorsports LLC f/k/a Berone Capital Equity Partners, LLC**
                 **Case No. 24-00055**

Dear Judge Littlefield:

      As temporary receiver of Prime Venture Capital LLC ("Prime") I write to update on the outcome of the hearing held today before Judge D'Agostino in the District Court case. The Court took the matters under consideration and made clear that my role as temporary receiver continues pending a decision on the current motions.

      I enclose a copy of my First Report of Temporary Receiver I filed in the District Court case. In the interests of balance, I also enclose a copy of Mr. Van Tol's sur-reply he filed on behalf of Prime yesterday which responds to, among the legal arguments, certain matters I have set forth in my report.

677 Broadway, 8th Floor
Albany, NY 12207
518.433.8800

www.LemeryGreisler.com

January 22, 2024
Page -2-

      I will be appearing at tomorrow's conference with Your Honor.

      Thank you for the Court's kind attention.

                                        Very truly yours,

                                      LEMERY GREISLER LLC

                                          Paul A. Levine

PAL:ph
cc:     All parties appearing via ECF
        Will Esser, Esq.