# EXHIBIT B

New contact information
Dan Cosgrove

all $8m today wonderful, but I'm not banking on that.

Mon, Dec 18 at 2:22 PM

What is outcome? Do you have some time?

I've got a crying wife right now as we face bankruptcy

Mon, Dec 18 at 3:24 PM

Kris please talk to me. I really need you to come through here. Not only is the fear of you guys not having our money hurting us emotionally ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ you can alleviate the pain by please returning the ICA before the wire cut off