**EXHIBIT "18"**

**Warren County Sheriff's Office**
Felony Complaint
State of New York
Town Court

Incident # 2024-02032
County of Warren
Town of Queensbury

| THE PEOPLE OF THE STATE OF NEW YORK |
| :---: |
| vs. |
| Kris D. Roglieri (DOB 12/25/1979) |

FELONY COMPLAINT

By this accusatory instrument, I, Patrol Officer Keehr as the complainant herein, stationed at the Warren County Sheriff's Office, accuse Kris D. Roglieri, the above-named defendant with having committed the Felony of Criminal Possession of a Weapon in the third degree in violation of section 265.02 subdivision 8 of the Penal Law of the State of New York.

That on or about the 2nd day of February, 2024 at about 2:45 PM at 40 North Road in the Town of Queensbury, Warren County, State of New York, the defendant did, upon information and belief, knowingly, intentionally, and unlawfully, commit the crime of Criminal Possession of a Weapon in the third degree as defined in subdivision eight of section 265.02 of this article, A person is guilty of criminal possession of a weapon in the third degree when: Such person possess a large capacity ammunition feeding device.

To wit:   During the course of the execution of a search warrant carried out by the FBI, the above-named defendant did have possession of a large capacity ammunition feeding device stored within his primary residence.

All contrary to the provisions of the statute in such case made and provided.

**FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.**

Dated:  02/02/2024            Complainant _____

**Warren County Sheriff's Office**
Felony Complaint
State of New York
Town Court

Incident # 2024-02032
County of Warren
Town of Queensbury

| THE PEOPLE OF THE STATE OF NEW YORK |
| --- |
| vs. |
| **Kris D. Roglieri**<br>**(DOB 12/25/1979)** |

FELONY COMPLAINT

By this accusatory instrument, I, Patrol Officer Keehr as the complainant herein, stationed at the Warren County Sheriff's Office, accuse Kris D. Roglieri, the above-named defendant with having committed the Felony of Criminal Possession of a Weapon in the third degree in violation of section 265.02 subdivision 7 of the Penal Law of the State of New York.

That on or about the 2nd day of February, 2024 at about 2:45 PM at 40 North Road in the Town of Queensbury, Warren County, State of New York, the defendant did, upon information and belief, knowingly, intentionally, and unlawfully, commit the crime of Criminal Possession of a Weapon in the third degree as defined in subdivision seven of section 265.02 of this article, A person is guilty of criminal possession of a weapon in the third degree when: Such person possess an assault weapon.

To wit:  During the course of the execution of a search warrant carried out by the FBI, the above-named defendant did have possession of an assault weapon stored within his primary residence.

All contrary to the provisions of the statute in such case made and provided.

**FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.**

Dated:  02/02/2024              Complainant _____

P-1 02/06