**EXHIBIT "19"**

 **Virginia Judiciary**
Online Case Information System 2.0

Return to Search Results

## Virginia Beach General District Court (details)

 Subscribe

Case #: **GC24001209-00**
Defendant: **OWEN, KIMBERLY PATRICIA**

### Defendant Information
Address: **VIRGINIA BEACH, VA 23451**
Gender: **FEMALE**
Race: **WHITE**
DOB: **06/12/\*\*\*\***
Attorney: **WOODWARD, LAWRENCE H; JR**

### Case/Charge Information
Defendant Status: **RELEASED ON RECOGNIZANCE**
Filed Date: **02/06/2024**
Locality: **COMMONWEALTH OF VA**
Code Section: **18.2-250**
Charge: **DRUGS: POSSESS SCH I OR II**
Offense Tracking/Process #: **810GM2400004837**
Case Type: **FELONY**
Class: **CLASS 5**
Summons #:
Offense Date: **02/02/2024**
Arrest Date: **02/05/2024**
Complainant: **KLEPACZ, S E**
Amended Code Section:
Amended Charge:
Amended Case Type:
Amended Class:

### Appeal Information
Appeal Date:

### Hearing Information

| Date | Time | Result | Type | Courtroom | Plea | Continuance |
|---|---|---|---|---|---|---|
| 05/16/2024 | 08:30 AM | | PRELIMINARY | E | | |
| 02/08/2024 | 08:00 AM | CONTINUED | ARRAIGNMENT | DC | | |

### Disposition Information
Disposition:
Sentence Time:
Sentence Suspended:
Probation Type:
Probation Time:
Probation Starts:
Operator License Suspension Time:
Restriction Effective Date:
Operator License Restrictions:
VASAP:
Fine: **\***
Costs: **\***
Fine/Costs Due: **\***
Fine/Costs Paid:
Fine/Costs Paid Date:
**\*** This system cannot process online payments at this time. Please refer to ' How to Pay Traffic Tickets and Other Offenses ' for more information.

Return to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms | Judicial Branch Agencies | Programs
Copyright © Office of the Executive Secretary, Supreme Court of Virginia, 2019. All Rights Reserved.
Build Number: 3.0.2.55