

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

March 27, 2024

**Via ECF**

Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Court
Northern District of New York
445 Broadway, Suite 330
Albany, NY 12207

Re:     *In re Prime Capital Ventures, LLC*, Alleged Debtor, 23-11302

Dear Judge Littlefield:

On behalf of Alleged Debtor Prime Capital Ventures, LLC ("Prime Capital"), we write to inform the Court that Prime Capital has filed a motion with the U.S. Court of Appeals for the Second Circuit asking for a stay pending appeal of the January 24, 2024 order by the United States District Court for the Northern District of New York appointing the Receiver.

A copy of Prime Capital's memorandum of law in support of the stay motion is enclosed..

Respectfully submitted,

*/s/ Pieter Van Tol*

Pieter Van Tol
Partner
pieter.vantol@hoganlovells.com
D 1 212 909 0661

Enc.