So Ordered.

Signed this 28 day of March, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
In re:

    PRIME CAPITAL VENTURES, LLC,          Case No. 23-11302
                                                             Chapter 7
                      Debtor.
----------------------------------------------------------------

**ORDER DIRECTING PAYMENT OF INTERIM TRUSTEE'S FEES AND EXPENSES**

UPON the Court's *Interim* Order on First and Final Application of Christian H. Dribusch, Esq. (the "Trustee") for allowance of Compensation and Reimbursement of Expenses entered March 7, 2024 (Doc. 152) pursuant to which the Court awarded the Trustee professional fees in the amount of $39,567.50 and expenses in the amount of $23.88 (the "Awarded Amounts"); the Court having adjourned the application insofar as seeking payment of the award to March 27, 2024; and

UPON the appearances of Paul A. Levine, Esq., Permanent Receiver of Prime Capital Ventures, LLC ("Prime"), Pieter Van Tol, Esq., of counsel Hogan Lovells, attorneys for Prime, Justin Heller, Esq., of counsel Nolan Heller Kauffman LLP counsel for Petitioning Creditors Compass-Charlotte 1031, LLC, 526 Murfreesboro, LLC and Newlight Technologies, Inc.

(collectively, the "Petitioning Creditors"), William Esser, IV Esq., of counsel Parker, Poe, Adams & Bernstein LLP, counsel for petitioning creditor Compass-Charlotte 1031, LLC, Chad Miesen, Esq., of counsel Carpenter, Hazlewood, Delgado & Bolen, LLP, attorneys for 1800 Park Avenue LLC and Lisa Penpraze, Esq., Assistant United States Trustee; and on the record herein on the consent of the foregoing attorneys; it is hereby

ORDERED that the Awarded Amounts shall be paid by the Permanent Receiver from funds in his receivership accounts for Prime; and it is further

ORDERED that the Permanent Receiver reserves all rights to seek recoupment of such monies from the Petitioning Creditors in the event that Prime is awarded attorney's fees, costs and / or damages under Code §303(i).

####