Kris Roglieri
11 Hill Top Lane
Poughkeepsie, NY 12603

October 13, 2024

R&F

2024 OCT 15 PM 2:01

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Court
Northern District of New York

Re:   1. 23-11302 Dkt. No. 69
      Chapter 7

      2. 24-11029 REL
      Chapter 11

Dear Judge Littlefield:

    I am here formally filing an objection to the dismissals of the 37 million dollar bond in case 23-11302 DKT NO.69 (the bond motion) and Christian Dribusch's intentions to dismiss the bond motion and abandoning the claims against the petitioners in connection with there filing of the involuntary petition. Under involuntary bankruptcy law, there are strict guidelines that a petitioner must meet to activate an involuntary bankruptcy, which, in this case, the petitioners failed to do so. This is precisely why they withdrew their claim when my counsel at the time brought this to their attention. Therefore, if Christian Dribusch's duties as a trustee and manager of the debtor and sole duty are to preserve the assets of the estate/debtor that he is in charge of, it will be logical to pursue this case as there is clear and concise evidence that the petitioners filed in bad faith and did not meet the requirements under involuntary bankruptcy law. At a minimum, the estate/debtor would be entitled to costs and attorney's fees, which, in this case, are significant amounts that would benefit potential creditors. Mr. Dribusch, acting as a trustee, should be impartial to either party; however, his support of abandoning this case when there is strong evidence and significant money at stake should cause the court to analyze and question Mr. Dribusch's ethics in practices as a trustee of the estate/debtor. In conclusion, I request the court to consider my request that Mr. Dribusch pursue the bond application to the petitioners.

Best Regards,

*[signature]*

Kris D. Roglieri