## **EXHIBIT C**

(Attached)

C-1

Christopher R. Bryant  (*Admitted Pro Hac Vice*)
**HOGAN LOVELLS US LLP.**
390 Madison Avenue
New York, New York 10017
(212) 918-3000
*Former Counsel to the Putative Debtor*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> PRIME CAPITAL VENTURES, LLC, <br><br>                   Alleged Debtor. | Chapter 7 <br><br> Case No. 23-11302 (REL) |
| In re: <br><br> PRIME CAPITAL VENTURES, LLC, <br><br>                   Debtor. | Chapter 11 <br><br> Case No. 24-11029 (REL) |

**CERTIFICATION OF CHRISTOPHER R. BRYANT IN SUPPORT OF FIRST AND
FINAL APPLICATION OF HOGAN LOVELLS US LLP
AS COUNSEL FOR THE PUTATIVE DEBTOR
FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT
OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE
<u>PERIOD DECEMBER 19, 2023, THROUGH AND INCLUDING JULY 31, 2024</u>**

Christopher R. Bryant certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I am a counsel in the law firm of Hogan Lovells US LLP ("<u>Hogan Lovells</u>"). I submit this certification in support of the First and Final Application of Hogan Lovells US LPP Counsel for the Putative Debtor for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 16, 2023, through and Including

C-2

July 31, 2024 (the "Application").[1]

    2.    In connection therewith, I hereby certify that:

        a.    I have read the Application;

        b.    To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall with the Local Bankruptcy Rules for the Northern District of New York (the "Local Rules") and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines");

        c.    Except to the extent that fees or disbursements are prohibited by the Local Rules or the U.S. Trustee Guidelines, the fees or disbursements sought are billed at rates customarily employed by Hogan Lovells and generally accepted by Hogan Lovells' clients;

        d.    In providing a non-legal service, Hogan Lovells does not make a profit on that service, whether the service is performed by Hogan Lovells in-house or through a third party, and

        e.    The Bankruptcy Court, the Office of the United States Trustee, and any other interested party will each be provided with a copy of the Application simultaneously with the filing thereof and will have at least 14 days to review such Application prior to (i) any objection deadline with respect thereto and (ii) the date set by the Court and any applicable rules for filing fee applications.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

3. In accordance with section 504 of Title 11 of the United States Code and 18 U.S.C. § 155, there is no prohibited agreement or understanding between Hogan Lovells and any other person or entity for the sharing of compensation to the received for services rendered in the Chapter 7 Case.

Dated: March 3, 2025　　　　　　　　　　*/s/ Christopher R. Bryant*_____
New York, New York　　　　　　　　　　Christopher R. Bryant  (*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　**HOGAN LOVELLS US LLP.**
　　　　　　　　　　　　　　　　　　　390 Madison Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　(212) 918-3000
　　　　　　　　　　　　　　　　　　　*Former Counsel to the Putative Debtor in the Chapter 7 Case*

C-4